**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7122**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH W. KEMP, a/k/a El, a/k/a Al, a/k/a
Lamont, a/k/a L,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CR-93-117, CA-00-960-2)

─────────────

Submitted:  October 3, 2001          Decided:  October 18, 2001

─────────────

Before WIDENER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Kenneth W. Kemp, Appellant Pro Se.  Laura Marie Everhart, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth W. Kemp seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Kemp, Nos. CR-93-117; CA-00-960-2 (E.D. Va. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED